BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENG I LIN, | No. 2:10-cv-1138 GEB DAD |
| Plaintiff, | JOINT STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT |
| v. | |
| Eric H. Holder, Jr., Attorney General, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff challenges the delay in the adjudication of his application to adjust status by U.S. Citizenship and Immigration Services' (CIS). Due to the possibility of a resolution to the matter at the administrative level, the parties stipulate that the date for filing the government's answer be extended to September 20, 2010.

Dated: July 19, 2010

BENJAMIN B. WAGNER
United States Attorney

By:  /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By:  /s/ Justin Gong Fok
Justin Gong Fok
Attorney for the Plaintiff

-1-

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on September 30, 2010. As well the scheduling conference, currently set for August 23, 2010, be reset to November 15, 2010, at 9:00 a.m. A joint status report is to be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

Dated: July 20, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge